ROBERT T. VARNUM, as Executor of FRANK STAUTMEISTER, Deceased, Respondent, v. WILLIAM M. BARRETT, as President of THE ADAMS EXPRESS COMPANY, Appellant.

*Varnum* v. *Barrett*, 161 App. Div. 930, affirmed.

(Argued January 7, 1915; decided January 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant.

39

*A. Leo Everett* and *Edward Grenville Benedict* for appellant.

*Edward F. Lindsay, John Vernou Bouvier, Jr.,* and *W. Montague Geer, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.